UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: | Patricia Hounsell<br>Debtor, | Chapter: 13<br>Case No: 17−11441<br>Judge Frank J. Bailey |

**ORDER OF DISMISSAL**

Due to the failure of the Debtor to comply with the Court's Order of **APRIL 20, 2017** , and the Debtor having failed to file timely the **Matrix** , it is hereby ordered that the above−entitled case be and hereby is **DISMISSED**.

By the Court,

U.S. Bankruptcy Judge

04/26/2017