United States Bankruptcy Court
District of Massachusetts

In re Patricia Hounsell

Case No 17-11441
Chapter 13

Debtor Patricia Hounsell

VERIFICATION OF MATRIX

The above-named debtor(s) verify(ies) under penalty of perjury that the attached List of Creditors, which consists of 1 pages and a total of 9 creditors, is true, correct and complete to the best of my knowledge.

Date: 4/25/17

Patricia Hounsell
Debtor

________________
Joint Debtor

U.S. BANKRUPTCY COURT
2017 APR 26 P 4: 58

# Matrix Sheet for Patricia Hounsell #17-11441

1. Comcast Service Center
   1222 Bennington Street
   East Boston, MA

2. National Grid
   220 Victory Rd.
   Dorchester, Ma 02122

3. Eversource Electric
   Wheeler Ct.
   Watertown, MA 02472

4. Boston Water and Sewer
   980 Harrison Avenue
   Boston, Ma, 02119

5. Verizon Telephone
   745 Boylston Street
   Boston, MA 02116

6. Ocwen Home Loans
   16661 Worthington Road Ste. 100
   West Palm Beach, FL 33409

7. Endeavor Capital
   404 S. Huntington Avenue
   Boston, MA 02130

8. Nstar Utility Company
   800 Boylston Street
   Boston, MA 02199

9. Commerce Auto Insurance
   11 Gore Road
   Webster, MA 01570

X Patricia Hounsell 4/25/17