**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**Proceeding Memorandum/Order**

**In Re:** Patricia Hounsell

**Case/AP Number** 17-11441 **-FJB**
**Chapter** 13

#14 Motion filed by Debtor Patricia Hounsell to Vacate [12] Order dated 04/26/2017 Dismissing Case

**COURT ACTION:**

_________Hearing held

_________Granted __________Approved ___________Moot

_________Denied __________Denied without prejudice __________Withdrawn in open court

_________Overruled __________Sustained

_________Continued to______________________________________________

_________Proposed order to be submitted by ______________________________

_________Stipulation to be submitted by_________________________________

_________No appearance by ______________________________________________

Show Cause Order __________Released ___________Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The Court will not vacate the dismissal until all outstanding documents identified in the Court's Order to Update [#6] have been filed. The Debtor shall file all outstanding documents by May 30, 2017, failing which the Court will deny the motion to vacate the order dismissing the case.

IT IS SO ORDERED:



___________________________________Dated: 05/16/2017

Frank J. Bailey
United States Bankruptcy Judge